IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| ERG RESOURCES, LLC § | |
|     Plaintiff, § | |
| § | |
| v. § | C.A. No. 4:08-CV-00656 |
| § | |
| PETROLEUM SOLUTIONS § | |
| INTERNATIONAL, LLC § | |
|     Defendant. § | |

## FINAL JUDGMENT

On _____, the Court entered an order granting the motion of Defendant and Third-Party Plaintiff, Petroleum Solutions International, LLC ("PSI"), for partial summary judgment finding that there are no issues of material fact regarding the alleged liability of Plaintiff and Third-Party Defendant, ERG Resources, LLC ("ERG"), for the amount of PSI's unpaid invoices totaling $134,830.96, for services it provided to ERG on the State Tract 118 #74 and J.F. Wilburn "B" 6 wells in Chambers County, Texas, and the George E. Smith "A" #39, George E. Smith "A" #40, and Loustalot A-7 wells in Galveston County, Texas, as described in PSI's motion.  The Court also found that PSI is entitled to recover its attorneys' reasonable costs and expenses totaling $_____, and fees totaling $_____, associated with the filing of well liens and prosecuting its counterclaim in this matter.

Under these circumstances, the Court also concluded that, pursuant to FED.R.CIV.P. Rule 54(b), there was no just reason for delay in entering a separate final judgment on PSI's claims and causes of action asserted against ERG.

Therefore, the Court denies all relief not granted in this judgment and directs the clerk to enter this, a FINAL JUDGMENT, granting all claims and causes of actions asserted by Defendant

#157284

2

and Third-Party Plaintiff, Petroleum Solutions International, LLC, for recovery of damages totaling $134,830.96, costs totaling $_____ and its reasonable attorney's fees totaling $_____, including pre-judgment interest and post-judgment interest at the rate of _____, against Plaintiff and Third-Party Defendant, ERG Resources, LLC.

  SIGNED this the _____ day of _____, 2011, at Houston, Texas.

                           Gray H. Miller
                     UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*/s/ Lewis E. Henderson*
Lewis E. Henderson
*Attorney for Defendant,*
*Petroleum Solutions International, LLC*

#157284